THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00104-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL McCRAY SYKES, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion for transcripts at the Government's expense [Doc. 84].

The Defendant requests copies of his sentencing and Rule 11 hearing transcripts. [Doc. 84 at 1]. For grounds, the Defendant states that he is in the process of preparing a motion for relief under 28 U.S.C. § 2255 and a motion for compassionate release. [Id.].

The Defendant has failed to demonstrate a particularized need for the requested documents. See United States v. MacCollom, 426 U.S. 317, 326-27 (1976) (holding that federal inmates are not entitled to transcripts at Government expense absent some showing of a particularized need); Jones v. Superintendent, Va. State Farm, 460 F.2d 150, 152 (4th Cir. 1972) ("[A]n

indigent is not entitled to a transcript at government expense without a showing of the need, merely to comb the record in the hope of discovering some flaw.") (citation omitted).  Having failed to demonstrate a particularized need for the requested documents, the Defendant's motion must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion for transcripts at the Government's expense [Doc. 84], is **DENIED**.

**IT IS SO ORDERED.**

Signed: September 20, 2021

Martin Reidinger
Chief United States District Judge